IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD HUNTLEY,<br><br>     Plaintiff,<br><br>  v.<br><br>YUEN M. CHEN, et al.,<br><br>     Defendants._____/ | No. C 09-04003 CW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 and an application for <u>in forma pauperis</u> status.  The acts complained of occurred at California State Prison - Solano, which is located in the Eastern District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

Plaintiff's application for <u>in forma pauperis</u> status is TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: 9/10/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES EDWARD HUNTLEY,

    Plaintiff,

v.

YUEN M. CHEN et al,

    Defendant.

Case Number: CV09-04003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Edward Huntley C-19376
CSP - Solano
2100 Peabody Rd.
Vacaville, CA 95696

Dated: September 10, 2009

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2